```
 1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
    DUSTIN L. CLARK, ESQ., Bar # 10548
 2  LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
 3  Suite 300
    Las Vegas, NV  89169-5937
 4  Telephone:    702.862.8800
    Fax No.:      702.862.8811
 5
    Attorneys for Petitioners
 6  24 HOUR FITNESS USA, INC. AND SPORT AND FITNESS
    CLUBS OF AMERICA, INC.
 7
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS,<br><br>Petitioners,<br><br>vs.<br><br>MICHAEL MCMAHON,<br><br>Respondent. | Case No. 2:11-cv-01956-KJD-CWH<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action, through their designated counsel, hereby stipulate to the dismissal of this action, without prejudice. The parties further stipulate that this dismissal is without prejudice to Defendant's right to seek attorneys' fees at a later time, should the matter not be finally resolved through settlement.

IT IS SO STIPULATED.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Dated: March 26, 2013

Respectfully submitted,

 /s/ Dustin L. Clark
WENDY MEDURA KRINCEK, ESQ.
DUSTIN L. CLARK, ESQ.
LITTLER MENDELSON, P.C.
Attorneys for Petitioners 24 HOUR FITNESS USA, INC. AND SPORT AND FITNESS CLUBS OF AMERICA, INC.

Dated: March 26, 2013

/s/ Justin P. Karczag
FOLEY BEZEK BEHLE & CURTIS, LLP
T: 702.637.7110
F: 702.637.7119
Justin P. Karczag
Nevada Bar Number: 12414
11201 S Eastern Avenue, Suite 100
Henderson, NV 89052
E-mail: Jkarczag@foleybezeik.com
COUNSEL FOR RESPONDENT

**ORDER**

**IT IS SO ORDERED.**

Dated:  3/26  , 2013

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:119277062.1 034670.1216

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.