| | |
|---|---|
| 1 | WENDY MEDURA KRINCEK, ESQ., Bar # 6417 |
|   | DUSTIN L. CLARK, ESQ., Bar # 10548 |
| 2 | LITTLER MENDELSON, P.C. |
|   | 3960 Howard Hughes Parkway |
| 3 | Suite 300 |
|   | Las Vegas, NV  89169-5937 |
| 4 | Telephone:    702.862.8800 |
|   | Fax No.:       702.862.8811 |

Attorneys for Petitioners
24 HOUR FITNESS USA, INC. AND SPORT AND FITNESS CLUBS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS, | Case No. 2:11-cv-01956-KJD-CWH |
| Petitioners, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| MICHAEL MCMAHON, | |
| Respondent. | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action, through their designated counsel, hereby stipulate to the dismissal of this action, without prejudice.  The parties further stipulate that this dismissal is without prejudice to Defendant's right to seek attorneys' fees at a later time, should the matter not be finally resolved through settlement.

IT IS SO STIPULATED.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1
2  Dated:  March 26, 2013
3                                                        Respectfully submitted,
4
5                                                         /s/ Dustin L. Clark
                                                         WENDY MEDURA KRINCEK, ESQ.
                                                         DUSTIN L. CLARK, ESQ.
6                                                        LITTLER MENDELSON, P.C.
7                                                        Attorneys for Petitioners 24 HOUR FITNESS
                                                         USA, INC. AND SPORT AND FITNESS CLUBS
8                                                        OF AMERICA, INC.
9
10 Dated: March 26, 2013                                 /s/ Justin P. Karczag
                                                         FOLEY BEZEK BEHLE & CURTIS, LLP
11                                                       T: 702.637.7110
                                                         F: 702.637.7119
12                                                       Justin P. Karczag
                                                         Nevada Bar Number: 12414
13                                                       11201 S Eastern Avenue, Suite 100
                                                         Henderson, NV 89052
14                                                       E-mail: Jkarczag@foleybezeik.com
15                                                       COUNSEL FOR RESPONDENT
16
17
18                                                       **ORDER**
19 **IT IS SO ORDERED.**
20
21 Dated:  3/26        , 2013       _____
22                                                       UNITED STATES DISTRICT COURT JUDGE
23
24
   Firmwide:119277062.1 034670.1216
25
26
27
28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.